1  Adrienne C. Publicover (SBN 161432)
   Michael K Brisbin (SBN 169495)
2  WILSON, ELSER, MOSKOWITZ,
      EDELMAN & DICKER LLP
3  525 Market Street, 17th Floor
   San Francisco, CA 94105-2725
4  Email:  Adrienne.Publicover@wilsonelser.com
   Email:  Michael.Brisbin@wilsonelser.com
5  Telephone:    415.433.0990
   Facsimile:    415.434.1370
6
   Attorneys for Defendant
7  **PRINCIPAL LIFE INSURANCE COMPANY**

8

9                    **UNITED STATES DISTRICT COURT**

10                   **NORTHERN DISTRICT OF CALIFORNIA**

11

| RAY BOURHIS ASSOCIATES, | Case No.  3:15-cv-04329-LB |
|---|---|
| Plaintiff, | |
| vs. | **[PROPOSED] ORDER ON STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |
| PRINCIPAL LIFE INSURANCE COMPANY, and Does 1-50 | |
| Defendants. | |

**IT IS HEREBY ORDERED** that the entire complaint and all claims alleged by plaintiff RAY BOURHIS ASSOCIATES against defendant PRINCIPAL LIFE INSURANCE COMPANY in the above-entitled action shall be dismissed with prejudice, each party to bear its own costs, fees and expenses, whether incurred, accrued, or pre-litigation, related to Case No. 3:15-cv-04329-LB.

**IT IS SO ORDERED**.

Dated: June 13, 2016

_____
Honorable Laurel Beeler
United States District Court Magistrate Judge